# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2024 ND 185

Angelica Maria Cruz Martinez,                    Petitioner and Appellant

v.

State of North Dakota,                    Respondent and Appellee

### No. 20240064

Appeal from the District Court of Stark County, Southwest Judicial District, the Honorable James D. Gion, Judge.

AFFIRMED.

Per Curiam.

Kiara C. Kraus-Parr, Grand Forks, ND, for petitioner and appellant.

Amanda R. Engelstad, State's Attorney, Dickinson, ND, for respondent and appellee; submitted on brief.

**Martinez v. State**
No. 20240064

**Per Curiam.**

[¶1] Angelica Martinez appeals from a district court order denying her application for postconviction relief from the judgment. Martinez argues her attorney was ineffective as she failed to present mitigating evidence during her probation revocation hearing, resulting in the court resentencing her to seven years on her first probation violation.

[¶2] After review of the record, the judgment of the district court is supported by findings meeting the required standard of proof. We summarily affirm the judgment under N.D.R.App.P. 35.1(a)(2).

[¶3]   Jon J. Jensen, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr